# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

**BRENDA M. DIEDRICH,**

    Plaintiff,                 No. 6:13-cv-01501-CL

    v.                          **ORDER**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

McSHANE, District Judge.

Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, ECF No. 41, concerning Plaintiff's Application for Fees Pursuant to EAJA, ECF No. 36. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although no objections have been filed, this Court reviews the legal principles *de novo*. *See Lorin Corp. v. Goto & Co., Ltd.*, 700 F.2d 1202, 1206 (9th Cir. 1983).

The Court has reviews this matter and finds no error. The Court therefore ADOPTS the Report and Recommendation. Plaintiff's application for attorney fees is GRANTED as set forth in the Report and Recommendation. Supplemental judgment shall be entered accordingly.

It is so ORDERED and DATED this 23rd day of May, 2018.

                                           s/Michael J. McShane
                                           MICHAEL McSHANE
                                           United States District Judge